**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13899 |
| | § | |
| ANDREW HERSHOFF | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/03/2013. The undersigned trustee was appointed on 04/03/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $1,250.43

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $2.90 |
    | Bank service fees | $80.90 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $1,166.63 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/22/2013 and the deadline for filing government claims was 10/22/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $0.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2017                By:    /s/ Horace Fox, Jr.
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

Exhibit A

| Case No.: | 13-13899 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | Date Filed (f) or Converted (c): | 04/03/2013 (f) |
| For the Period Ending: | 10/5/2017 | | §341(a) Meeting Date: | 05/28/2013 |
| | | | Claims Bar Date: | 10/22/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 1919 Sheffield/ 3 units Chgo IL | $3,000,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Stay modified 6.26.13 | | | | | |
| 2 | 1015 Webster 2 condo storefront | Unknown | $0.00 | | $0.00 | FA |
| 3 | 955 Webster | Unknown | $0.00 | | $0.00 | FA |
| 4 | 955 Webster Unit 3 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | stay modified 6.26.13 | | | | | |
| 5 | 1009 Webster | Unknown | $0.00 | | $0.00 | FA |
| 6 | 2324 N. Wayne Chgo IL | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | CMA and debtor indicate this property may be worth more than the liens. Sell it. 6.26.13 Broker viewed property and believes it is worth significantly less than what is owed. It has 10,000 of water damage that must be repaired.6.24.14<br><br>Stay modified, 7.16.14, on Wayne real estate.<br><br>Interest abandoned, 4.19.17 | | | | | |
| 7 | Cash on Hand | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Various LLC have accounts totaling approx (u) | $4,500.00 | $1,100.00 | | $1,250.43 | FA |
| Asset Notes: | Debtor testified that there was approximately 4500 in, total in various llc accounts, however 1250.43 was the amount in the accounts.<br><br>After a further check with the City and Secured Asset Recovery Corp., each has confirmed that neither the City (7.29.14 e-mail, Esther Tryban-Telser) nor (Secured) which had found $3209. 00 at Cook County (taxes) has funds that belong to the estate. 9.25.14 | | | | | |
| 9 | Used Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Used clothing | $500.00 | $0.00 | | $0.00 | FA |
| 11 | 1919 N. Sheffield LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | stay modified | | | | | |
| 12 | 1015 Webster LLC | Unknown | $9,700,000.00 | | $0.00 | FA |
| 13 | 955 Webster LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | 1.3 million in debt | | | | | |
| 14 | 955 Webster Unit 3 LLC | Unknown | $0.00 | | $0.00 | FA |
| 15 | 1009 Webster, LLC | Unknown | $0.00 | | $0.00 | FA |
| 16 | Ronald Gertzman & Arnold Landis<br><br>no documentation | $36,000.00 | $36,000.00 | | $0.00 | FA |
| Asset Notes: | Ronald Gertzman has been disbarred since 2012 and has reported that he had no malpractice insurance in 2011. Therefore it is not possible to collect any portion to which he might have been entitled. | | | | | |
| 17 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | LLC landscape accounts | | | | | |
| 18 | 2005 Dodge Ram (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2400.00 auto exemption is available to debtor to take. | | | | | |
| 19 | 2324 Wayne LLC (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|---|
| | $3,043,600.00 | $9,737,100.00 | | | $1,250.43 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Date Filed (f) or Converted (c): | 04/03/2013 (f) |
| For the Period Ending: | 10/5/2017 | §341(a) Meeting Date: | 05/28/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Major Activities affecting case closing:**

9.20.17 secured claim objections set in court. Final report to be submitted by 10.05.17.

Claim objections, when to be filed.

Motion to abandon Wayne collateral granted. File claim objection.

File claim objections to 3 secured claims then motion to abandon. Run new TFR.

2.25.17, final report to UST.

Accountant Lois West indicated, no taxes were necessary in this case.

Gertzman who may have been entitled to a portion of the $36,000 check he intercepted. reported that he had no malpractice insurance in 2011 and has not been authorized to practice since that date.

2004 exam results re: Gertzman assets.

Suggested counsel look at claims 6, 9 and 10 (secured) for objections and get the pleading on file re 36,ooo check.

Read draft of 2004 motion, which will not have to be filed, because the subpoena response forms a sufficient basis for the complaint.

File motion for 2004 exam regarding the account receivable due debtor for sail of Winnebago real estate.

Reviewed draft subpoena in this matter.

Claims 6,8,9 and to filed as secured, file objections when appropriate.

The City of Chicago, by e-mail from Esther Tryban Telser has indicated that it has no funds which belong to debtor or either of the llc's.  7.29.14

Further inquiry to the Secured Asset Recovery Corp., (Bruce Hainsfurther shows the funds (3209.67) he had found, connected with one of the properties (1919 Sheffield) was with the County and is no longer available. Funds came from over payment of r/e taxes in 2011. Hainsfurther wanted (33%) recover the funds. 9.25.14

Order granting 2004 exam to explore 36,000 receivable. 7.25.14

I have filed a motion for 2004 exam re 36k receivable, to be heard on 7.23.14

I contacted the City re location of landscape accounts. 7.8.14

Mr. Hershoff has failed to respond to my broker's and his attorney's attempt to get my broker in to inspect the property since last Friday. I warned him at continued 341 meeting that he no longer could make decisions about the property, such as selecting a broker, except to cooperate with my broker. Contacted his attorney and strongly advised his client to allow this inspection. 11.21.13

E-mailed Mr. Gantz with prior requests to amend schedules, provide detail on City landscape accounts and llc amendments, along with 2012 taxes (non filed) and spousal income, in preparation for 341, 3.12.14.

Debtor provided taxes and spouse's income. Real estate broker inspected Wayne real estate, it is under water and needs about 10,000 worth of repairs before it would be showable. Walk away from this asset. There is no equity. Follow up on City landscape funds. 6.27.14

Debtor has been unresponsive to amending the schedules to value llc's at zero, amend schedules to provide details of 36k a/r and details of funds at City in landscaping accounts. 11.13.13

The amendments regarding the 36 a/r (detail) the value of the llc's the funds testified to be in various landscaping accounts at the City of Chicago have not been made. 10.18.13  Claims bar date is 10.22.13

Northshore Bank and BMO Harris filed motions to extend time to object to discharge on 10.22.13

Case 13-13899  Doc 99  Filed 11/01/17  Entered 11/01/17 16:06:28  Desc Main
Document  Page 5 of 16

Page No: 3

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No.: | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Date Filed (f) or Converted (c): | 04/03/2013 (f) |
| For the Period Ending: | 10/5/2017 | §341(a) Meeting Date: | 05/28/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

Filed initial asset notice 7.24.13

Stay modified onWayne real estate, appoint broker.

8.10.13 e-mailed attorney for debtor to file amendments detailing 36k a/r and 40k funds with City or Chicago.

8.16.13 got response from attorney for debtor who has not made necessary amendments. cont 341 to 9.13.13 at 11:00 am notified attoneys who appeared it prior meetings.

Demanded turnover from MB Financial, 6111m N,. River Rd., Rosemont IL 60018, acct # xxxxx1601 cd in the amount of $2993.60.  E-mailed Neil Gantz (debtor) for testimony regarding any and all accounts held by LLC's since this one was not disclosed untill today.  Outstanding are amendments detailing the 36k a/r, the various accounts with Chicago (landscaping accouts) $40,000 and amendment disclosing assets of LLC's (if any further and an amendment correctly stating the value of the LLC's at zero, if they have no assets.

Debtor wishes to continue the 10.2.13 meeting to 11.18.13 for these amendments and information. 9.30.13

| | | | | | |
|---|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/30/2014 | | | /s/ HORACE FOX, JR. | |
| **Current Projected Date Of Final Report (TFR):** | 04/21/2017 | | | HORACE FOX, JR. | |

FORM 2

Page No: 1   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No.: | 13-13899 |
| Case Name: | HERSHOFF, ANDREW |
| Primary Taxpayer ID #: | **-***6581 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 4/3/2013 |
| For Period Ending: | 10/5/2017 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | Green Bank |
| Checking Acct #: | ******9901 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/19/2013 | (8) | Andrew Hershoff | LLC Checking account recievable. | 1129-000 | $1,250.43 | | $1,250.43 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.58 | $1,249.85 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.14 | $1,247.71 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.81 | $1,245.90 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.01 | $1,243.89 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.00 | $1,241.89 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.93 | $1,239.96 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.13 | $1,237.83 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.80 | $1,236.03 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.86 | $1,234.17 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 | | $1.08 | $1,233.09 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,231.17 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.05 | $1,229.12 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.85 | $1,227.27 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.98 | $1,225.29 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.04 | $1,223.25 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,221.41 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.09 | $1,219.32 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,217.55 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.96 | $1,215.59 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.02 | $1,213.57 |
| 02/26/2015 | 5002 | Arthur B. Levine Company | Bond Payment | 2300-000 | | $0.96 | $1,212.61 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.76 | $1,210.85 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.89 | $1,208.96 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.88 | $1,207.08 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.94 | $1,205.14 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.88 | $1,203.26 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.06 | $1,201.20 |
| | | | **SUBTOTALS** | | $1,250.43 | $49.23 | |

**FORM 2**

Page No: 2  Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13899 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.81 | $1,199.39 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.87 | $1,197.52 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.99 | $1,195.53 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.80 | $1,193.73 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,191.81 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,189.89 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.79 | $1,188.10 |
| 03/04/2016 | 5003 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $0.86 | $1,187.24 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.91 | $1,185.33 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.91 | $1,183.42 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,181.58 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,179.74 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,177.84 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,175.94 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.95 | $1,173.99 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,172.22 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.83 | $1,170.39 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.88 | $1,168.51 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.88 | $1,166.63 |

SUBTOTALS  $0.00  $34.57

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13899 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/3/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,250.43 | $83.80 | $1,166.63 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,250.43 | $83.80 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,250.43 | $83.80 | |

**For the period of 4/3/2013 to 10/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $83.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $83.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/19/2013 to 10/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $83.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $83.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 4 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,250.43 | $83.80 | $1,166.63 |

**For the period of 4/3/2013 to 10/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $83.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $83.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/03/2013 to 10/5/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $83.80 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $83.80 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.

CLAIM ANALYSIS REPORT                              Page No: 1      Exhibit C

| Case No.: | 13-13899 | | | | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | | | | | | | Date: | 10/5/2017 |
| Claims Bar Date: | 10/22/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | CSC LOGIC  P.O. Box 1577  Coppell TX 75019 | 09/19/2013 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $1,122,537.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (6-1) Real Estate.  Claim abandoned 4.19.17, claim objection to be filed.

| 9 | NORTHBROOK BANK & TRUST CO.  Law Offices of  Michael Murphy Tannen, PC  39 S. LaSalle St, Suite 605  Chicago IL 60603 | 10/21/2013 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $1,219,936.41 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (9-1) Foreclosure Judgment plus 9&#037; post judgment interest
          Claim abandoned 4.19.17

| 10 | BMO HARRIS BANK N.A., FKA HARRIS N.A  Attn: Bankruptcy Department  4425 Ponce De Leon Boulebard  5th Floor  Coral Gables FL 33146 | 10/22/2013 | Real Estate - Consensual Liens | Disallowed | 4110-000 | $0.00 | $1,871,225.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   (10-1) Pre-Petition Arrears &#036;331,602.75(10-2) Pre-Petition Arrears &#036;333,632.75
          Claim abandoned 4.19.17

| | BRUCE DE 'MEDICI  834 Forrest  Oak Park IL 60302 | 08/23/2017 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $442.29 | $442.29 | $0.00 | $0.00 | $0.00 | $442.29 |
| 1 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 43054-3025 | 07/26/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,133.93 | $8,133.93 | $0.00 | $0.00 | $0.00 | $8,133.93 |

CLAIM ANALYSIS REPORT

| Case No.: | 13-13899 | | | | | | | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | HERSHOFF, ANDREW | | | | | | | | | Date: | 10/5/2017 |
| Claims Bar Date: | 10/22/2013 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BMO HARRIS BANK, N.A.<br> with Bayview Loan Servicing, LLC<br> (Klein, Daday, Aretos & O'Donoghue, LLC)<br> 2550 W. Golf Rd., Suite 250<br> Rolling Meadows IL 60008 | 07/29/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $131,959.56 | $131,959.56 | $0.00 | $0.00 | $0.00 | $131,959.56 |
| 3 | AMERICAN EXPRESS BANK, FSB<br> c o Becket and Lee LLP<br> POB 3001<br> Malvern PA 19355-0701 | 09/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $60,179.41 | $60,179.41 | $0.00 | $0.00 | $0.00 | $60,179.41 |

**Claim Notes:** (3-1) CREDIT CARD DEBT

| 4 | AMERICAN EXPRESS BANK, FSB<br> c o Becket and Lee LLP<br> POB 3001<br> Malvern PA 19355-0701 | 09/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $14,341.62 | $14,341.62 | $0.00 | $0.00 | $0.00 | $14,341.62 |

**Claim Notes:** (4-1) CREDIT CARD DEBT

| 5 | AMERICAN EXPRESS BANK, FSB<br> c o Becket and Lee LLP<br> POB 3001<br> Malvern PA 19355-0701 | 09/17/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $117,572.07 | $117,572.07 | $0.00 | $0.00 | $0.00 | $117,572.07 |

**Claim Notes:** (5-1) CREDIT CARD DEBT

| 7 | AMERICAN EXPRESS CENTURION BANK<br> c o Becket and Lee LLP<br> POB 3001<br> Malvern PA 19355-0701 | 09/20/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,604.96 | $19,604.96 | $0.00 | $0.00 | $0.00 | $19,604.96 |

**Claim Notes:** (7-1) CREDIT CARD DEBT

CLAIM ANALYSIS REPORT

Page No: 3    Exhibit C

| Case No. | 13-13899 | | | | | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | | | | | | Date: | 10/5/2017 |
| Claims Bar Date: | 10/22/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | BMO HARRIS BANK N.A. F/K/A HARRIS N.A. Chapman and Cutler LLP c/o Mark A Silverman 111 W. Monroe St. Chicago IL 60603 | 10/21/2013 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,036,083.59 | $1,036,083.59 | $0.00 | $0.00 | $0.00 | $1,036,083.59 |
| | | | | | | $5,602,017.21 | $1,388,317.43 | $0.00 | $0.00 | | $0.00 | $1,388,317.43 |

# CLAIM ANALYSIS REPORT

| Case No. | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Date: | 10/5/2017 |
| Claims Bar Date: | 10/22/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $442.29 | $442.29 | $0.00 | $0.00 | $0.00 | $442.29 |
| General Unsecured 726(a)(2) | $1,387,875.14 | $1,387,875.14 | $0.00 | $0.00 | $0.00 | $1,387,875.14 |
| Real Estate - Consensual Liens | $4,213,699.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 13-13899
Case Name: ANDREW HERSHOFF
Trustee Name: Horace Fox, Jr.

Balance on hand: $1,166.63

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $1,166.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Bruce de 'Medici, Attorney for Trustee Expenses | $442.29 | $0.00 | $442.29 |

Total to be paid for chapter 7 administrative expenses: $442.29
Remaining balance: $724.34

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $724.34

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: $0.00
Remaining balance: $724.34

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (5/1/2011)**

Timely claims of general (unsecured) creditors totaling $1,387,875.14 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $8,133.93 | $0.00 | $4.25 |
| 2 | BMO HARRIS BANK, N.A. | $131,959.56 | $0.00 | $68.87 |
| 3 | American Express Bank, FSB | $60,179.41 | $0.00 | $31.41 |
| 4 | American Express Bank, FSB | $14,341.62 | $0.00 | $7.48 |
| 5 | American Express Bank, FSB | $117,572.07 | $0.00 | $61.36 |
| 7 | American Express Centurion Bank | $19,604.96 | $0.00 | $10.23 |
| 8 | BMO Harris Bank N.A. f/k/a Harris N.A. | $1,036,083.59 | $0.00 | $540.74 |

Total to be paid to timely general unsecured claims: $724.34
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**