# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § Case No. 13-13899
§
ANDREW HERSHOFF §
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/14/2017, in Courtroom 742, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/17/2017           By:  /s/ Horace Fox, Jr.
                                        Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13899 |
| | § | |
| ANDREW HERSHOFF | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $1,250.43
*and approved disbursements of* $83.80
*leaving a balance on hand of[1]:* $1,166.63

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $1,166.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Bruce de 'Medici, Attorney for Trustee Expenses | $442.29 | $0.00 | $442.29 |

Total to be paid for chapter 7 administrative expenses: $442.29
Remaining balance: $724.34

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $724.34

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $724.34 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,387,875.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $8,133.93 | $0.00 | $4.25 |
| 2 | BMO HARRIS BANK, N.A. | $131,959.56 | $0.00 | $68.87 |
| 3 | American Express Bank, FSB | $60,179.41 | $0.00 | $31.41 |
| 4 | American Express Bank, FSB | $14,341.62 | $0.00 | $7.48 |
| 5 | American Express Bank, FSB | $117,572.07 | $0.00 | $61.36 |
| 7 | American Express Centurion Bank | $19,604.96 | $0.00 | $10.23 |
| 8 | BMO Harris Bank N.A. f/k/a Harris N.A. | $1,036,083.59 | $0.00 | $540.74 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $724.34 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-NFR (10/1/2010)**

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ Horace Fox, Jr.
              Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                              Case No. 13-13899-CAD
Andrew Hershoff                                                     Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: tcollinsm            Page 1 of 1            Date Rcvd: Nov 20, 2017
                               Form ID: pdf006            Total Noticed: 10
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db             Andrew Hershoff,    2324 W. Wayne,    Chicago, IL  60614
20994916      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21010636      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20458690     +BMO HARRIS BANK, N.A.    with Bayview Loan Servicing, LLC,
               (Klein, Daday, Aretos & O'Donoghue, LLC),    2550 W. Golf Rd., Suite 250,
               Rolling Meadows, IL 60008-4014
21127988     +BMO Harris Bank N.A. f/k/a Harris N.A.,    Chapman and Cutler LLP,    c/o Mark A Silverman,
               111 W. Monroe St.,    Chicago, IL 60603-4080
21181202     +BMO Harris Bank N.A., fka Harris N.A,    Attn: Bankruptcy Department,
               4425 Ponce De Leon Boulebard,    5th Floor,    Coral Gables, FL 33146-1837
21135526     +BMO Harris Bank N.A., fka Harris NA,    as the assignee of the FDIC,
               Attn: Bankruptcy Department,    4425 Ponce De Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
21006480     +CSC Logic,    P.O. Box 1577,    Coppell, TX 75019-1577
20281520     +Northbrook Bank & Trust Co.,    Law Offices of,    Michael Murphy Tannen, PC,
               39 S. LaSalle St, Suite 605,    Chicago, IL 60603-1622
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20777068       E-mail/Text: mrdiscen@discover.com Nov 21 2017 01:15:17       Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20994917*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20994918*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                            TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
              Bruce E de'Medici    on behalf of Trustee Horace  Fox, JR bdemedici@gmail.com
              Horace  Fox, JR    Horacefoxjunior@gmail.com, blehman@lehmanfox.com;Foxhorace@aol.com
              James Patrick Sullivan    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
               jsulliva@chapman.com
              Jonathan N Rogers    on behalf of Creditor    BMO Harris N.A., formerly known as Harris N.A. as
               assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank N.A.
               jrogers@skdaglaw.com
              Mark Adam Silverman    on behalf of Creditor    BMO Harris Bank N.A. f/k/a Harris N.A.
               msilverman@dykema.com, CSurovic@dykema.com
              Michael M Tannen    on behalf of Creditor    Northbrook Bank & Trust Co. mtannen@tannenlaw.com,
               adminassistant@tannenlaw.com
              Michael N Burke    on behalf of Creditor    BMO Harris Bank N.A.
               bk_il_notice@fisherandshapirolaw.com
              Neil P Gantz    on behalf of Debtor 1 Andrew  Hershoff neilgantz@yahoo.com, negrita0615@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard A Bixter    on behalf of Creditor    ColFin Bulls Funding A, LLC richard.bixter@hklaw.com
              Richard A Bixter    on behalf of Creditor    MB Financial Bank, N.A. richard.bixter@hklaw.com
                                                                                              TOTAL: 11
```