**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-13899 |
| | § | |
| ANDREW HERSHOFF | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,036,000.00 | Assets Exempt: | $21,500.00 |
| Total Distributions to Claimants: | $724.34 | Claims Discharged Without Payment: | $1,387,150.80 |
| Total Expenses of Administration: | $526.09 | | |

3) Total gross receipts of $1,250.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,250.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $4,213,699.78 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $526.09 | $526.09 | $526.09 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $1,387,875.14 | $1,387,875.14 | $724.34 |
| **Total Disbursements** | $0.00 | $5,602,101.01 | $1,388,401.23 | $1,250.43 |

    4). This case was originally filed under chapter 7 on 04/03/2013. The case was pending for 0 months.

    5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2018      By:   /s/ Horace Fox, Jr.
                                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Various LLC have accounts totaling approx | 1129-000 | $1,250.43 |
| **TOTAL GROSS RECEIPTS** | | $1,250.43 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | CSC Logic | 4110-000 | $0.00 | $1,122,537.81 | $0.00 | $0.00 |
| 9 | Northbrook Bank & Trust Co. | 4110-000 | $0.00 | $1,219,936.41 | $0.00 | $0.00 |
| 10 | BMO Harris Bank N.A., fka Harris N.A | 4110-000 | $0.00 | $1,871,225.56 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $4,213,699.78 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Arthur B. Levine Company | 2300-000 | NA | $1.82 | $1.82 | $1.82 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | $1.08 | $1.08 | $1.08 |
| Green Bank | 2600-000 | NA | $80.90 | $80.90 | $80.90 |
| Bruce de 'Medici, Attorney for Trustee | 3220-000 | NA | $442.29 | $442.29 | $442.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $526.09 | $526.09 | $526.09 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (10/1/2010)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | $0.00 | $8,133.93 | $8,133.93 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 1; Discover Bank) | 7100-001 | $0.00 | $0.00 | $0.00 | $4.25 |
| 2 | BMO HARRIS BANK, N.A. | 7100-000 | $0.00 | $131,959.56 | $131,959.56 | $68.87 |
| 3 | American Express Bank, FSB | 7100-000 | $0.00 | $60,179.41 | $60,179.41 | $31.41 |
| 4 | American Express Bank, FSB | 7100-000 | $0.00 | $14,341.62 | $14,341.62 | $7.48 |
| 5 | American Express Bank, FSB | 7100-000 | $0.00 | $117,572.07 | $117,572.07 | $61.36 |
| 7 | American Express Centurion Bank | 7100-000 | $0.00 | $19,604.96 | $19,604.96 | $10.23 |
| 8 | BMO Harris Bank N.A. f/k/a Harris N.A. | 7100-000 | $0.00 | $1,036,083.59 | $1,036,083.59 | $540.74 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,387,875.14 | $1,387,875.14 | $724.34 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**  
Page No.: 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
Exhibit 8  
**ASSET CASES**

| Case No.: | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Date Filed (f) or Converted (c): | 04/03/2013 (f) |
| For the Period Ending: | 3/31/2018 | §341(a) Meeting Date: | 05/28/2013 |
| | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 1919 Sheffield/ 3 units Chgo IL | $3,000,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Stay modified 6.26.13 | | | | | |
| 2 | 1015 Webster 2 condo storefront | Unknown | $0.00 | | $0.00 | FA |
| 3 | 955 Webster | Unknown | $0.00 | | $0.00 | FA |
| 4 | 955 Webster Unit 3 | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | stay modified 6.26.13 | | | | | |
| 5 | 1009 Webster | Unknown | $0.00 | | $0.00 | FA |
| 6 | 2324 N. Wayne Chgo IL | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | CMA and debtor indicate this property may be worth more than the liens.  Sell it.  6.26.13  Broker viewed property and believes it is worth significantly less than what is owed.  It has 10,000 of water damage that must be repaired.6.24.14<br><br>Stay modified, 7.16.14, on Wayne real estate.<br><br>Interest abandoned,  4.19.17 | | | | | |
| 7 | Cash on Hand | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Various LLC have accounts totaling approx  (u) | $4,500.00 | $1,100.00 | | $1,250.43 | FA |
| Asset Notes: | Debtor testified that there was approximately 4500 in, total in various llc accounts, however 1250.43 was the amount in the accounts.<br><br>After a further check with the City and Secured Asset Recovery Corp., each has confirmed that neither the City (7.29.14 e-mail, Esther Tryban-Telser) nor (Secured) which had found  $3209. 00 at Cook County (taxes) has funds that belong to the estate. 9.25.14 | | | | | |
| 9 | Used Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 10 | Used clothing | $500.00 | $0.00 | | $0.00 | FA |
| 11 | 1919 N. Sheffield LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | stay modified | | | | | |
| 12 | 1015 Webster LLC | Unknown | $9,700,000.00 | | $0.00 | FA |
| 13 | 955 Webster LLC | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | 1.3 million in debt | | | | | |
| 14 | 955 Webster Unit 3 LLC | Unknown | $0.00 | | $0.00 | FA |
| 15 | 1009 Webster, LLC | Unknown | $0.00 | | $0.00 | FA |
| 16 | Ronald Gertzman & Arnold Landis<br><br>no documentation | $36,000.00 | $36,000.00 | | $0.00 | FA |
| Asset Notes: | Ronald Gertzman has been disbarred since 2012 and has reported that he had no malpractice insurance in 2011.  Therefore it is not possible to collect any portion to which he might have been entitled. | | | | | |
| 17 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | LLC landscape accounts | | | | | |
| 18 | 2005 Dodge Ram  (u) | $2,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | 2400.00 auto exemption is available to debtor to take. | | | | | |
| 19 | 2324 Wayne LLC  (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                      **Gross Value of Remaining Assets**

FORM 1     Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**     Exhibit 8

**ASSET CASES**

| | |
|---|---|
| Case No.: | 13-13899 |
| Case Name: | HERSHOFF, ANDREW |
| For the Period Ending: | 3/31/2018 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Date Filed (f) or Converted (c): | 04/03/2013 (f) |
| §341(a) Meeting Date: | 05/28/2013 |
| Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | $3,043,600.00 | $9,737,100.00 | | $1,250.43 | $0.00 |

**Major Activities affecting case closing:**

Daday law firm( Marge Gorga, 847-590-8700 called indicating they had received 68+ check and they would send it to client to cash.

Called Daday firm which filled claim #2 re 12.15.17 check outstanding for 68.+. Dady returned call say he would check to see if check had been forwarded to BMO Harris, the payee.

Cut checks 12.15.17

Corrected FR (abandoned collateral for all secured claims and successfully objected to secured claims (9.20.17) and attached expenses for Mr. de 'Medici (no fees for either of us.

Corrected FR (abandoned collateral for all secured claims and successfully objected to secured claims (9.20.17) and attached expenses for Mr. de 'Medici (no fees for either of us.

9.20.17 secured claim objections set in court. Final report to be submitted by 10.05.17.

Claim objections, when to be filed.

Motion to abandon Wayne collateral granted. File claim objection.

File claim objections to 3 secured claims then motion to abandon. Run new TFR.

2.25.17, final report to UST.

Accountant Lois West indicated, no taxes were necessary in this case.

Gertzman who may have been entitled to a portion of the $36,000 check he intercepted. reported that he had no malpractice insurance in 2011 and has not been authorized to practice since that date.

2004 exam results re: Gertzman assets.

Suggested counsel look at claims 6, 9 and 10 (secured) for objections and get the pleading on file re 36,ooo check.

Read draft of 2004 motion, which will not have to be filed, because the subpoena response forms a sufficient basis for the complaint.

File motion for 2004 exam regarding the account receivable due debtor for sail of Winnebago real estate.

Reviewed draft subpoena in this matter.

Claims 6,8,9 and to filed as secured, file objections when appropriate.

The City of Chicago, by e-mail from Esther Tryban Telser has indicated that it has no funds which belong to debtor or either of the llc's. 7.29.14

Further inquiry to the Secured Asset Recovery Corp., (Bruce Hainsfurther shows the funds (3209.67) he had found, connected with one of the properties (1919 Sheffield) was with the County and is no longer available. Funds came from over payment of r/e taxes in 2011. Hainsfurther wanted (33%) recover the funds. 9.25.14

Order granting 2004 exam to explore 36,000 receivable. 7.25.14

I have filed a motion for 2004 exam re 36k receivable, to be heard on 7.23.14

I contacted the City re location of landscape accounts. 7.8.14

Mr. Hershoff has failed to respond to my broker's and his attorney's attempt to get my broker in to inspect the property since last Friday. I warned him at continued 341 meeting that he no longer could make decisions about the property, such as selecting a broker, except to cooperate with my broker. Contacted his attorney and strongly advised his client to allow this inspection. 11.21.13

E-mailed Mr. Gantz with prior requests to amend schedules, provide detail on City landscape accounts and llc amendments, along with 2012 taxes (non filed) and spousal income, in preparation for 341, 3.12.14.

Debtor provided taxes and spouse's income. Real estate broker inspected Wayne real estate, it is under water and needs about 10,000 worth of repairs before it would be showable. Walk away from this asset. There is no equity. Follow up on City landscape funds. 6.27.14

Debtor has been unresponsive to amending the schedules to value llc's at zero, amend schedules to provide details of 36k a/r and details of funds at City in landscaping accounts. 11.13.13

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page No: 3  
Exhibit 8

| Case No.: | 13-13899 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | Date Filed (f) or Converted (c): | 04/03/2013 (f) |
| For the Period Ending: | 3/31/2018 | | §341(a) Meeting Date: | 05/28/2013 |
| | | | Claims Bar Date: | 10/22/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

The amendments regarding the 36 a/r (detail) the value of the llc's the funds testified to be in various landscaping accounts at the City of Chicago have not been made. 10.18.13  Claims bar date is 10.22.13

Northshore Bank and BMO Harris filed motions to extend time to object to discharge on 10.22.13
Filed initial asset notice  7.24.13

Stay modified onWayne real estate, appoint broker.

8.10.13 e-mailed attorney for debtor to file amendments detailing 36k a/r and 40k funds with City or Chicago.

8.16.13 got response from attorney for debtor who has not made necessary amendments. cont 341 to 9.13.13 at 11:00 am notified attoneys who appeared it prior meetings.

Demanded turnover from MB Financial, 6111m N,. River Rd., Rosemont IL 60018, acct # xxxxx1601 cd in the amount of $2993.60.  E-mailed Neil Gantz (debtor) for testimony regarding any and all accounts held by LLC's since this one was not disclosed untill today.  Outstanding are amendments detailing the 36k a/r, the various accounts with Chicago (landscaping accouts) $40,000 and amendment disclosing assets of LLC's (if any further and an amendment correctly stating the value of the LLC's at zero, if they have no assets.

Debtor wishes to continue the 10.2.13 meeting to 11.18.13 for these amendments and information. 9.30.13

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/21/2017 | /s/ HORACE FOX, JR. |
| **Current Projected Date Of Final Report (TFR):** | 04/21/2017 | HORACE FOX, JR. |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 4/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/19/2013 | (8) | Andrew Hershoff | LLC Checking account recievable. | 1129-000 | $1,250.43 |  | $1,250.43 |
| 07/31/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | $0.58 | $1,249.85 |
| 08/30/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.14 | $1,247.71 |
| 09/30/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.81 | $1,245.90 |
| 10/31/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.01 | $1,243.89 |
| 11/29/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.00 | $1,241.89 |
| 12/31/2013 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.93 | $1,239.96 |
| 01/31/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.13 | $1,237.83 |
| 02/28/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.80 | $1,236.03 |
| 03/31/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.86 | $1,234.17 |
| 04/01/2014 | 5001 | INTERNATIONAL SURETIES LTD | Bond Payment | 2300-000 |  | $1.08 | $1,233.09 |
| 04/30/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.92 | $1,231.17 |
| 05/30/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.05 | $1,229.12 |
| 06/30/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.85 | $1,227.27 |
| 07/31/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.98 | $1,225.29 |
| 08/29/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.04 | $1,223.25 |
| 09/30/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.84 | $1,221.41 |
| 10/31/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.09 | $1,219.32 |
| 11/28/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.77 | $1,217.55 |
| 12/31/2014 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.96 | $1,215.59 |
| 01/30/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.02 | $1,213.57 |
| 02/26/2015 | 5002 | Arthur B. Levine Company | Bond Payment | 2300-000 |  | $0.96 | $1,212.61 |
| 02/27/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.76 | $1,210.85 |
| 03/31/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.89 | $1,208.96 |
| 04/30/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.88 | $1,207.08 |
| 05/29/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.94 | $1,205.14 |
| 06/30/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $1.88 | $1,203.26 |
| 07/31/2015 |  | Green Bank | Bank Service Fee | 2600-000 |  | $2.06 | $1,201.20 |
|  |  |  |  | **SUBTOTALS** | $1,250.43 | $49.23 |  |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13899 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 4/3/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.81 | $1,199.39 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.87 | $1,197.52 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.99 | $1,195.53 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.80 | $1,193.73 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,191.81 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,189.89 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.79 | $1,188.10 |
| 03/04/2016 | 5003 | Arthur B. Levine Company | bond payment 2016 | 2300-000 | | $0.86 | $1,187.24 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.91 | $1,185.33 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.91 | $1,183.42 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,181.58 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.84 | $1,179.74 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,177.84 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,175.94 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.95 | $1,173.99 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,172.22 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.83 | $1,170.39 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.88 | $1,168.51 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.88 | $1,166.63 |
| 12/15/2017 | 5004 | Bruce de 'Medici | Final Account Number: ; Claim #: ; Dividend: 37.91; Amount Allowed: 442.29; Notes: ; Account Number: ; Distribution Dividend: {$v | 3220-000 | | $442.29 | $724.34 |
| 12/15/2017 | 5005 | Clerk, US Bankruptcy Court | Small Dividends | 7100-001 | | $4.25 | $720.09 |
| 12/15/2017 | 5006 | BMO HARRIS BANK, N.A. | Final Account Number: ; Claim #: 2; Dividend: 5.90; Amount Allowed: 131,959.56; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $68.87 | $651.22 |
| | | | **SUBTOTALS** | | $0.00 | $549.98 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13899 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/3/2013 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/15/2017 | 5007 | American Express Bank, FSB | Final Account Number: ; Claim #: 3; Dividend: 2.69; Amount Allowed: 60,179.41; Notes: (3-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $31.41 | $619.81 |
| 12/15/2017 | 5008 | American Express Bank, FSB | Final Account Number: ; Claim #: 4; Dividend: 0.64; Amount Allowed: 14,341.62; Notes: (4-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $7.48 | $612.33 |
| 12/15/2017 | 5009 | American Express Bank, FSB | Final Account Number: ; Claim #: 5; Dividend: 5.25; Amount Allowed: 117,572.07; Notes: (5-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $61.36 | $550.97 |
| 12/15/2017 | 5010 | American Express Centurion Bank | Final Account Number: ; Claim #: 7; Dividend: 0.87; Amount Allowed: 19,604.96; Notes: (7-1) CREDIT CARD DEBT; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $10.23 | $540.74 |
| 12/15/2017 | 5011 | BMO Harris Bank N.A. f/k/a Harris N.A. | Final Account Number: ; Claim #: 8; Dividend: 46.35; Amount Allowed: 1,036,083.59; Notes: ; Account Number: ; Distribution Dividend: {$v | 7100-000 | | $540.74 | $0.00 |

| | | | | **SUBTOTALS** | $0.00 | $651.22 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 13-13899 | **Trustee Name:** | | Horace Fox, Jr. |
| **Case Name:** | HERSHOFF, ANDREW | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | **-***6581 | **Checking Acct #:** | | ******9901 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | | |
| **For Period Beginning:** | 4/3/2013 | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 3/31/2018 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $1,250.43 | $1,250.43 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $1,250.43 | $1,250.43 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,250.43 | $1,250.43 | |

| For the period of 4/3/2013 to 3/31/2018 | | For the entire history of the account between 07/19/2013 to 3/31/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,250.43 | Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 | Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,250.43 | Total Compensable Disbursements: | $1,250.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,250.43 | Total Comp/Non Comp Disbursements: | $1,250.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-13899 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | HERSHOFF, ANDREW | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6581 | Checking Acct #: | ******9901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/3/2013 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/31/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,250.43 | $1,250.43 | $0.00 |

**For the period of 4/3/2013 to 3/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,250.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,250.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/03/2013 to 3/31/2018**

| | |
|---|---|
| Total Compensable Receipts: | $1,250.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,250.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,250.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,250.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.